A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. §1983

**RECEIVED**

MAR 11 2019

Legal Programs Department

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

SCANNED at LSP and Emailed
3·11·19 by _KS_ . _16_ pages
date      initials  No.

Emanuel Williams

# 107974
Inmate (DOC) number

(Enter above the full name of each
plaintiff in this action.)

VERSUS

Suit iN Their
Individual Calacity

William Rosso, Marcus Janes, John Does,
Barrett Boeker, Randy Lavespere
Paul Toce Jr. , John Doe Lafleur , James Doe Bunch

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

All copies of the complaint must be identical to the original.

The names of all parties must be listed in the caption and in part III of the complaint exactly

1

the same.

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

1.    Previous Lawsuits

    A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes (  ) No (✓)

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit
            Plaintiff(s): _____ No Ne _____
            _____

            Defendant(s): _____ NoNe _____
            _____

        2.  Court (if federal court, name the district; if state court, name the parish):
            _____
            _____

        3.  Docket number: _____

        4.  Name of judge to whom case was assigned: _____

2

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):

_____

_____

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?

      Yes ( )      No (✓)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.      Place of present confinement: _____

A. Is there a prisoner grievance procedure in this institution?

      Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. Filed ARP-LSP No 2018-1228

2. What steps did you take? Filed Step-1 and Step-2.

_____

3. What was the result? _____ Denied. _____

_____

D. If your answer is No, explain why not: _____

_____

III.    Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Emanuel Williams
   Address La. State Prison, Camp-D-Hawk, Angola LA 70712
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant William Rosso
Major                                              is employed as
Angola, LA 70712                                   at LA. State Prison
C. Additional Defendants: Marcus Jones, Capt, LA State Prison, Angola LA, 70712,
Barrette Boeker, Assistant Warden, LA State Prison, Angola LA, 70712,
Randy LavesPere, Doctor, LA State Prison, Angola LA, 70712,
Lafleur, Doctor, LA State Prison, Angola, LA 70712, John Doe
LA State Prison, Angola, LA 70712, Jane Doe Bunch, DR.

IV.    Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not given any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE Attached Next
Pages

Statement of Claim

ON 5/8/18 major William Rosso
Capt. Marcus Jones, assistant
Warden Barret Bocker and others
Security Came To The main
Prison Cell block (B) and order
Me To get out my Cell and
Go outside in the Field line
To go To Work in The Field
In Violation of my medical
Duty Status at approx between
7:30 Am To 8:30 am. I Told
Major Rosso I had A medical
Duty Status and Could NOT go
To Work in The Field line.
I Then Showed major William
Rosso my Permanent duty Status
Dated 10/24/2001 States Quoted:
Away from chemicals, Avoid dust
Exposure, No sports. I Then Told
Major William Rosso I Never
Been in A Field line in over
20 Years in Prison. He became
Real mad and Started Cursing.

5.

There Was A lot of others Inmates Present in the field Line, When I Turn around I Was hit From the back of my Head With blows to my head I Turn around and Started Swining To Protect myself, major William Rosso Was beating ON Me With Close Fist Capt. Marcus Jones and others John Does Join in beating me and Took me To The ground after Capt. Marcus Jones handCuff Restrain major William Rosso Was Bitting me, he got off of The Top of me. grabbed my Left leg and Started beating And Twisting my Leg until it Broke With A loud PoP,
AT The Same Time Capt. Marcus Jones Was Spraying Chemical Agent ON me Directly To my eyes and face While I layed ON The ground IN handCuff restraints, from

6

The start of the beating to the end Assistant Warden Barrett Boeker was present And failed to stop the beating Before and after Plaintiff Emanuel Williams was restraint. At all times major William Rosso and Capt. Marcus, John Does were present Wearing Body Cameras and intentionally failed to turn on their body Cameras.

ON 5/8/18 major William Rosso wrote a report That He admitted That after Plaintiff Emanuel Williams was Taken Down he beat him, bite him Grabbed Plaintiff LEFT leg And ankle (beat it) Twist it until he heard a loud Pop Breaking Plaintiff left leg IN 3 Places. Plaintiff was Taken To Prison hospital Where X-Rays was positive Left leg was

7.

Broken in Three different
Places, Plaintiff Was admitted
To The Prison Hospital For
All of his injuries Upon him
By Capt. Marcus Jones, John does
Plaintiff Was Prescribed
Medication Norco 10 mg every
4 hours as Needed by doctor
Randy LavesPere, days later he
Was Prescribed Norco by doctor
Lafleur, days later Prescribed
Ultram 50 mg every 6 Hours,
Days later Prescribed Toradal
30 Mg every 6 hours, days later
Prescribed Toradol 30 mg.
Days later June 21-2018 Prescribed
Tylenol 3 all of This medication
Was For Severe Pain and
Mental Suffering From the
<u>Beating.</u> On June 26, 2018 while
The Plaintiff Was Still on
The Prison hospital Ward he
Was denied medication For
Pain by doctor Randy LevesPere

8.

Doctor Paul Toce, doctor Lafleve, until July - 6-2018, They all New of my injury and That all medical For Pain Prescription had Expired and They refused To Treat, me on These days until July 6, 2018. Plaintiff Emanuel Williams had A Surgery on his Left broken Left From The beating. Plaintiff Contends he Was Prescribed A duty Status For A Standard Walker and A Com boot For Left Foot A handecop Shower chair, (1) Set of Crutches all For The beating and Chemical Agent Sprayed upon him on 5-8-2018. Plaintiff had A Surgery on left Leg. Plaintiff Contends The defendant violated his duty Status Forcing Him To go in The Field line And Spraying him With chemical Agent after he Was Place in Handcuff.

9.

All of The defendants on
The beating upon Plaintiff
Violated The united States
Constitution Right 8th amend
That Prohibited the used of
Excessive Fore Cruel and
unusual Punishment and
Coroporate Punishment. The
Violation of The medical duty
Status is A Violation of
Plaintiff u.s. Const. 8th amend
Rights and all of the doctors
That refused To Treat The
Plaintiff When the Pain medication
For broken bones had expired
And the Plaintiff Complaint of
Pain and request For Pain
Medication Was denied on Those
Days. Violated u.s. Const amend 8th.
All defendants acted under
The Color of State Law
And they are being suit in
Their indiuidual Capacity. all
of The doctors herein had Full
Knowledoe of Plaintiff injuries

10.

And refused To Treat him on The days the Pain medication Had expired Was deliberant Indifferent To Plaintiff Serious Medical Need on those days.

See Ruling by the U.S. Supreme Court and u.s. Court of Appeals 5th Circuits Prohibited The used of CoroPorate Punishment Excessive Force, Violation of medical duty status and Denial of medical Treatment All defendants Violated the Plaintiff United States Const Rights under amend 8th 8 Prohibited Cruel and unusual Punishment

11.

V.     Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. **Trial by Jury. Two million Dollars in Compensetory Damages. Two million Dollars in Punitive Damages. All other Relief.**

VI.     Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __10__ day of __march__, __2019__

_X Emanuel Williams_

_Emanuel Williams_
Signature of plaintiff(s)

12