SCANNED at LSP and Emailed
5/1/11 by KB . 12 pages
date        initials     No.

RECEIVED

MAY 0 1 2019

Legal Programs Department

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Emanuel Williams
_____
Plaintiff

# 107974
_____
Inmate Number

VERSUS

William Rosso
Marcus Jones
Barrett Boeker, Randy
_____
Lavespere, Paul Tate jr
(Enter above the full name of each
defendant in this action.)

Amended Complaint
Docket No 19-142
Judge Brain Jackson
Magistrete RLB

Being Suit in there Individual
Capacity

Electronic Filing Pilot Program

In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order
2011, inmates who reside in or are transferred into Louisiana Department of Corrections facilities
participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by
Notice of Electronic Filing ("NEF").

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly
the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00.
In addition, the United States Marshal will require you to pay the cost of serving the complaint on
each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to
proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized
officer certifying the amount of money in your inmate account. If pauper status is granted, you will
be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to
forward monthly payments from your inmate account until the entire filing fee is paid.

1

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, <u>DO NOT INCLUDE EXHIBITS</u>.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.    Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (✓)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): _____ None _____
   _____

   Defendant(s): _____ None _____
   _____

2. Court (if federal court, name the district; if state court, name the parish):
   _____
   _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
   _____
   _____

6. Date of filing lawsuit: _____
7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
   Yes ( )        No (✓)

2

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____

_____

II.    Place of present confinement: LA. State. Prison, Angola LA. 70712

A.  Is there a prisoner grievance procedure in this institution?
     Yes (✓) No ( )

B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?
     Yes (✓) No ( )

C.  If your answer is Yes:

1.  Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _____
    Filed ARP – LSP No. 2018 – 1228
2.  What steps did you take? _____
    Filed To Step-1 and Last Step – 2.
    _____

3.  What was the result? _____ Denied _____
    _____

D.  If your answer is No, explain why not: _____
    _____

III.   Parties
       (In Item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff(s) Emanuel Williams
    Address LA. State Prison, Angola LA. 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use Item C for the names, positions, and places of employment of any additional defendants.

3

B. Defendant William Rosso _____ is employed as
Major _____ at LA. state prison
Angola LA 70712

C. Additional Defendants: Marcus Jones, Capt. La.
State Prison, Angloa LA 70712, Barrette
Borker, Assistant Warden, LA. state Prison,
Angola LA. 70712, Randy Lavespere
Doctor, LA. state Prison, angola LA. 70712
Paul Toce SR Doctor, LA. state
Prison, Angola LA. 70712

IV.    Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not given any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

4

## Statement of Claim

ON 5/8/18 major William Rosso Capt. Marcus Jones, assistant Warden Barret Bocker and others Security Came To The main Prison Cell block (B) and order Me To get out my Cell and Go outside in the field line To go To Work in the field In Violation of my medical Duty Status at approx between 7:30 Am To 8:30 am. I Told Major Rosso I had A medical Duty Status and Could Not go To Work in the Field line. I Then Showed major William Rosso my Permanent duty Status Dated 10/24/2001 States Quoted: Away from Chemicals, Avoid dust Exposure, No Sports. I Then Told Major William Rosso I Never Been in A field line in over 20 Years in Prison. He beCame Real mad and Started Cursing.

5.

There Was A lot of others Inmates Present in the field Line, When I Turn around I Was hit From The back of my Head With blows To my head I Turn around and Started Swining To Protect myself, major William Rosso Was beating on Me With Close Fist Capt. Marcus Jones and others John Does Join in beating me and Took me to The ground after Capt. Marcus Jones handCuff Restrain major William Rosso Was Bitting me, he got off of The Top of me, grabbed my Left leg and Started beating And Twisting my Leg untii it Broke With A loud Pop, AT The Same Time Capt. Marcus Jones Was Spraying Chemical Agent on me Directly To my eyes and face While I layed on The ground In handCuff Restraints, from

6

The start of the beating
To the end Assistant Warden
Barrett Boeker was Present
And Failed To stop the beating
Before and after Plaintiff
Emanuel Williams was restraint.
At all times major William
Rosso and Capt. Marcus, John
Does were Present wearing
Body Cameras and intentionally
Failed To Turn on their body
Cameras.

    On 5/8/18 major William
Rosso Wrote A report that
He admitted that after Plaintiff
Emanuel Williams was Taken
Down he beat him, bite him
Grabbed Plaintiff <u>Left</u> leg
And ankle (beat it) Twist it
until he heard a loud Pop
Breaking Plaintiff Left leg
<u>In 3 Places.</u>
Plaintiff was Taken To
Prison hospital Where X-Rays
Was Positive Left leg was

7.

Broken in Three different places, Plaintiff Was admitted To The Prison Hospital For All of his injuries upon him BY Capt. Marcus Jones, John does Plaintiff Was Prescribed Medication Norco 10 mg every 4 hours as Needed by doctor Randy Lavespere, days later he Was Prescribed Norco by doctor Lafleur, days later Prescribed ultram 50 mg every 6 Hours, Days later Prescribed Toradol 30 Mg every 6 hours, days later Prescribed Toradol 30 mg. Days later June 21-2018 Prescribed Tylenol 3 all of this medication Was For Severe Pain and Mental Suffering From the Beating. On June 26, 2018 while The Plaintiff Was still on The Prison hospital Ward he Was denied medication For Pain by doctor Randy Levespere

8.

Doctor Paul Toce, doctor LaFleve, until July-6-2018, They all New of my injury and That all medical For Pain Prescription had Expired and They refused To Treat me on These days until July 6, 2018. Plaintiff Emanuel Williams had A Surgery on his Left broken Left From the beating. Plaintiff Contends he was Prescribed A duty Status For A Standard Walker and A Com boot For Left Foot A handecof Shower chair, (1) Set of Crutches all For the beating and Chemical Agent Sprayed upon him on 5-8-2018. Plaintiff had A Surgery on left Leg. Plaintiff Contends the defendant Violated his duty Status Forcing Him To go in The Field line And Spraying him with chemical Agent after he was Place in Handcuff.

9.

All of the defendants on The beating upon Plaintiff Violated The United States Constitution Right 8th amend That Prohibited the used of Excessive Fore Cruel and unusual Punishment and Coroporate Punishment. The Violation of the medical duty Status is A Violation of Plaintiff U.S. Const. 8th amend Rights and all of the doctors That refused To Treat The Plaintiff When the Pain medication For broken bones had expired And the Plaintiff Complaint of Pain and request For Pain Medication Was denied on Those Days. Violated U.S. Const amend 8th. All defendants acted under The Color of State Law And They are being Suit in Their individual Capacity. all of the doctors herein had Full Knowledoe of Plaintiff injuries

10.

And refused To Treat him on
The days The Pain medication
Had expired Was deliberant
Indifferent To Plaintiff Serious
Medical Need on those days.

See Ruling by the
U.S. Supreme Court and
u.s. Court of APPeals 5th
Circuits Prohibited The used
OF CoroPorate Punishment
Excessive Force, Violation
of medical duty status and
Denial of medical Treatment
All defendants Violated the
Plaintiff United States Const
Rights under amend th 8 Prohibited
Cruel and unusual Punishment

11.

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. Trial by Jury.
Two million Dollars iN Compensetory Damages. Two million Dollars iN Punitive Damages. All other Relief.

VI.    Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 10 day of march , 2019

Amended
4-30-19.

X Emanuel Willias    X Emanuel Williams

Emanuel Willins
Signature of plaintiff(s)

12