UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMANUEL WILLIAMS (#107974)  CIVIL ACTION

VERSUS

WILLIAM ROSSO, ET AL.  NO.: 19-142-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 29)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses Defendants' Motion to Dismiss (Doc. 17), pursuant to Rule 12(b)(1). *Pro se* Plaintiff Emanuel Williams is housed at the Louisiana State Penitentiary in Angola, Louisiana. The moving Defendants seek dismissal for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure with respect to Plaintiff's claim against Defendants in their official capacities. Defendants also seek dismissal pursuant to Rule 12(b)(6) for claims against Defendants in their individual capacities.

The Magistrate Judge recommended that Defendant's Amended Motion to Dismiss be granted in part, dismissing Plaintiff's claims for monetary damages asserted against Defendants in their official capacities. It is further recommended that in all other regards the Motion be denied, and that this matter be referred to the Magistrate Judge for further proceedings herein. (Doc. 29 at p. 9).

1

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 29) is ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART**. Plaintiff's claims for monetary damages asserted against Defendants in their official capacities are **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss is otherwise **DENIED IN PART**.

**IT IS FURTHER ORDERED** that this matter be referred to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 24th day of January, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA