UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMANUEL WILLIAMS (#107974)                    CIVIL ACTION

VERSUS                                                          NO. 19-142-BAJ-RLB

WILLIAM ROSSO, ET AL.

JOINT AFFIDAVIT OF SETTLEMENT EFFORTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff Emanuel Williams, and Defendants, William Rosso, Et. Al., who respectfully submit the foregoing Affidavit of Settlement Efforts related to the above-captioned matter.

I.    AFFIDAVIT OF CLAIMANT'S COUNSEL

1.  I, Benjamin Treuting, declare under penalty of perjury under the laws of the United States of American that the following is true and correct.

2.  I am an individual of full age of majority competent to aver to the matters contained herein.

3.  I am enrolled as counsel of record for the Plaintiff, Emanuel Williams (DOC#107974).

4.  On November 15, 2021, I provided to Legal Counsel for Defendants a Settlement Demand/Brochure for the purpose of beginning settlement negotiations regarding the above-captioned matter.

5.  I extended a good faith offer of settlement on behalf of Plaintiff and informed counsel for Defendants that additional negotiations could be had.

6.  To date, no counteroffer has been made, however, I understand that the State of Louisiana settlement procedure regarding § 1983 claims requires review by several layers of bureaucracy.

7.  Trial in this matter is currently set to begin on February 8, 2022.

*/s/ Benjamin B. Treuting*

Benjamin Treuting (36708)

Executed on this 18th day of January, 2022.

II.    **AFFIDAVIT OF DEFENDANTS' COUNSEL**

1. I, Matthew P. Roth, declare under penalty of perjury under the laws of the United States of American that the following is true and correct.

2. I am an individual of full age of majority competent to aver to the matters contained herein.

3. I am enrolled as counsel of record for the Defendants, William Rosso, Marcus Jones, Paul Toce, Barrett Boeker, and Randy Lavespere.

4. I have received the settlement offer extended by Benjamin Treuting on behalf of his client, Emanuel Williams.

5. I have informed my clients of the settlement offer and advised them as to its merits.

6. The Plaintiff's offer is currently being evaluated, and the Defendants will respond to Plaintiff's offer as soon as practicable.

7. Trial in this matter is currently set to begin on February 8, 2022.

*/s/ Matthew P. Roth*

Matthew P. Roth (37527)

Executed on this 14th day of January, 2022.

Respectfully Submitted:

*/s/ Benjamin B. Treuting*
Benjamin B. Treuting (#36708)
DEGRAVELLES & PALMINTIER
618 Main Street
Baton Rouge, Louisiana  70801
Telephone: 225-344-3735
Facsimile:      225-267-4545
Email: BTreuting@dplawla.com
*Counsel for Plaintiff*