**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **EMANUEL WILLIAMS (#107974)** | : | **CIVIL ACTION** |
| | : | **NO. 19-142** |
| **VERSUS** | | |
| | : | **JUDGE BRIAN A. JACKSON** |
| **WILLIAM ROSSO, ET AL** | : | **MAGISTRATE JUDGE** |
| | | **RICHARD L. BOURGEOIS, JR** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAITNIFF'S EXHIBIT & WITNESS LIST**

Plaintiff anticipates offering the following exhibit(s), in addition to any joint exhibits, at the trial of this matter.

1. Nine (9) Photographs of Plaintiff Emanuel Williams following May 8, 2018 incident.

Plaintiff anticipates calling the following individuals to testify at trial, all of whom are subject to a pending Motion for Issuance of Writ of Habeas Corpus Ad Testificandum:

1. Emanuel Williams (#107974)

2. Alfred Houston (#78652)

3. Harrison Williams (#94479)

4. De'Anthony Ford (#527137)

Respectfully submitted this 21ST day of January, 2022, at Baton Rouge, Louisiana

*/s/ Benjamin B. Treuting*
Benjamin B. Treuting (#36708)
DEGRAVELLES & PALMINTIER
618 Main Street
Baton Rouge, Louisiana  70801
Telephone:    225-344-3735
Facsimile:    225-267-4545
Email: BTreuting@dplawla.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Plaintiff's Exhibit & Witness List* was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to defense counsel via the Court's electronic filing system.

Baton Rouge, Louisiana, this 21ST day of January, 2022.

*/s/ Benjamin B. Treuting*
Benjamin B. Treuting (#36708)
*Counsel for Plaintiff*