UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EMANUEL WILLIAMS                                              CIVIL ACTION

VERSUS

WILLIAM ROSSO, ET AL.                              NO. 19-00142-BAJ-RLB

## ORDER

Considering the Minute Entry/Order (Doc. 78) notifying the Court that this action has settled:

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right of the parties, upon good cause shown, within sixty days, to reopen the action, if the settlement is not perfected.

Baton Rouge, Louisiana, this 13ᵗʰ day of July, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1

Jury